IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV655

| | |
|---|---|
| JOHNNY LEE BELL,<br>      Plaintiff, | )<br>)<br>) |
| v. | )    **O R D E R**<br>)<br>) |
| ALVIN W. KELLER, JR.<br>      Defendant. | )<br>)<br>) |

This matter is before the Court on Petitioner's motion to proceed without prepaying fees and costs. (Doc. No. 2). This motion was initially denied without prejudice on January 7, 2011 for failure to include a Prisoner Trust Account Statement. (Doc. No. 4). Petitioner subsequently filed his Prisoner Trust Account Statement and after review the Court concludes that Petitioner does not have sufficient funds to pay the $5.00 filing fee.

The Court finds based on the evidence of record that Petitioner's motion to proceed without prepayment of fees and costs should be allowed.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to proceed without Prepayment of Fees and Costs is hereby **GRANTED.**

Signed: August 13, 2012

Graham C. Mullen
United States District Judge